UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SELECTIVE INSURANCE COMPANY OF
AMERICA,

      Plaintiff,

          v.                               CAUSE NO. 2:25-cv-304

HYDRO VAC SERVICES, LLC d/b/a
GROUNBREAKERS HERO FLEET LLC,
DOUGLAS TAYLOR, HOOSIERVAC, LLC
AND HOOSIERX, LLC,

      Defendants.

## OPINION AND ORDER

Pursuant to the parties' March 6, 2026 joint status report [DE 39], Plaintiff's

motion for judgment on the pleadings [DE 22] is hereby DENIED AS MOOT. Plaintiff is

granted leave to file a renewed motion for judgment on the pleadings after Plaintiff files

an amended complaint and Defendants respond in accordance with the Court's March

10, 2026 order. [DE 40.]

     **SO ORDERED**.

     ENTERED: March 13, 2026.

                      /s/ Philip P. Simon
                    PHILIP P. SIMON, JUDGE
                    UNITED STATES DISTRICT COURT