UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SELECTIVE INSURANCE COMPANY OF
AMERICA,

        Plaintiff,

        v.                                CAUSE NO. 2:25-cv-304

HYDRO VAC SERVICES, LLC d/b/a
GROUNBREAKERS HERO FLEET LLC,
DOUGLAS TAYLOR, HOOSIERVAC, LLC
AND HOOSIERX, LLC,

        Defendants.

OPINION AND ORDER

Plaintiff Selective Insurance Company of America filed a notice on March 20, 2026 [DE 44] voluntarily dismissing Douglas Taylor and HoosierX, LLC without prejudice. Pursuant to Federal Rule of Evidence 41(a)(1)(A)(i), Douglas Taylor and HoosierX, LLC are dismissed as parties, without prejudice.

**SO ORDERED**.

ENTERED: March 23, 2026.

                        /s/ Philip P. Simon
                        PHILIP P. SIMON, JUDGE
                        UNITED STATES DISTRICT COURT